UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v.

MICHAEL E. RUDKIN

CASE NO. 5:09-CR-49-0C-35-BRJ
18 U.S.C. § 1114
18 U.S.C. § 1513(a)(1)(B)
18 U.S.C. § 1513(b)(1)
18 U.S.C. § 1958

### INDICTMENT

The Grand Jury charges:

### COUNT ONE

Beginning in or about June, 2009, and continuing through on or about August 18, 2009, in Sumter County, Florida, in the Middle District of Florida, and elsewhere, the defendant,

**MICHAEL E. RUDKIN,**

willfully and unlawfully did attempt to kill, with malice aforethought, a person hereinafter referred to as "S.F.," a Special Agent with the United States Department of Justice Office of the Inspector General, on account of the performance of S.F.'s official duties, by soliciting another person to murder and arrange for the murder of S.F., by promising to pay the other person an initial payment of $500.00 for committing such murder, by making such payment, and by promising to ensure that additional monies would be received by the other person for such murder.

All in violation of Title 18, United States Code, Section 1114, and Title 18, United States Code, Section 2.

**SCANNED**

## COUNT TWO

Beginning in or about June, 2009, and continuing through on or about August 18, 2009, in Sumter County, Florida, in the Middle District of Florida, and elsewhere, the defendant,

**MICHAEL E. RUDKIN,**

did attempt to kill a person hereinafter referred to as "M.P.," with intent to retaliate against M.P. for providing to a law enforcement officer information relating to the commission and possible commission of a Federal offense, by soliciting another person to murder and arrange for the murder of M.P., by promising to pay the other person an initial payment of $500.00 for committing such murder, by making such payment, and by promising to ensure that additional monies would be received by the other person for such murder.

All in violation of Title 18, United States Code, Section 1513(a)(1)(B), and Title 18, United States Code, Section 2.

## COUNT THREE

Beginning in or about June, 2009, and continuing through on or about August 18, 2009, in Sumter County, Florida, in the Middle District of Florida, and elsewhere, the defendant,

**MICHAEL E. RUDKIN,**

did knowingly engage in conduct and thereby attempt to cause bodily injury to a person hereinafter referred to as "C.C.," with intent to retaliate against C.C. for attending as a witness at an official proceeding and for providing testimony in an official proceeding, by

2

soliciting another person to injure and arrange for the injuring of C.C., by promising to pay the other person an initial payment of $500.00 for causing such injury, by making such payment, and by promising to ensure that additional monies would be received by the other person for causing such injury.

All in violation of Title 18, United States Code, Section 1513(b)(1), and Title 18, United States Code, Section 2.

### COUNT FOUR

On or about July 30, 2009, in Sumter County, Florida, in the Middle District of Florida, and elsewhere, the defendant,

**MICHAEL E. RUDKIN,**

used and caused another to use mail and a facility in interstate commerce, in that the defendant requested the issuance of a $500 check from the defendant's funds held by the Bureau of Prisons, which caused a United States Treasury check to be issued and mailed to an address in Atlanta, Georgia, with the intent that the murder of a person hereinafter referred to as "S.F." be committed in violation of the laws of the United States and of the States of Connecticut and New York, as consideration for the receipt of, and as consideration for a promise and agreement to pay, things of pecuniary value, to wit: an agreement to make an initial payment of $500.00 for committing such murder of S.F., the making of such payment, and the promise to ensure that additional monies would be received.

All in violation of Title 18, United States Code, Section 1958, and Title 18, United States Code, Section 2.

## COUNT FIVE

On or about July 30, 2009, in Sumter County, Florida, in the Middle District of Florida, and elsewhere, the defendant,

**MICHAEL E. RUDKIN,**

used and caused another to use mail and a facility in interstate commerce, in that the defendant requested the issuance of a $500 check from the defendant's funds held by the Bureau of Prisons, which caused a United States Treasury check to be issued and mailed to an address in Atlanta, Georgia, with the intent that the murder of a person hereinafter referred to as "M.P." be committed in violation of the laws of the United States and of the State of New York and Connecticut, as consideration for the receipt of, and as consideration for a promise and agreement to pay, things of pecuniary value, to wit: an agreement to make an initial payment of $500.00 for committing such murder of M.P., the making of such payment, and the promise to ensure that additional monies would be received.

All in violation of Title 18, United States Code, Section 1958, and Title 18, United States Code, Section 2.

## COUNT SIX

On or about July 30, 2009, in Sumter County, Florida, in the Middle District of Florida, and elsewhere, the defendant,

**MICHAEL E. RUDKIN,**

used and caused another to use mail and a facility in interstate commerce, in that the defendant requested the issuance of a $500 check from the defendant's funds held by the Bureau of Prisons, which caused a United States Treasury check to be issued and

mailed to an address in Atlanta, Georgia, with the intent that the murder of a person hereinafter referred to as "K.M." be committed in violation of the laws of the United States and of the State of Pennsylvania, as consideration for the receipt of, and as consideration for a promise and agreement to pay, things of pecuniary value, to wit: an agreement to make an initial payment of $500.00 for committing such murder of K.M., the making of such payment, and the promise to ensure that additional monies would be received.

All in violation of Title 18, United States Code, Section 1958, and Title 18, United States Code, Section 2.

A TRUE BILL,

_____
Foreperson

A. BRIAN ALBRITTON
United States Attorney

By: _____
Samuel D. Armstrong
Assistant United States Attorney

By: _____ FOR
Robert E. O'Neill
Chief, Criminal Division

FORM OBD-34
APR 1991

No.

# UNITED STATES DISTRICT COURT

Middle District of Florida
Ocala Division

THE UNITED STATES OF AMERICA

vs.

MICHAEL E. RUDKIN

## INDICTMENT

Violations:
18 USC 1114
18 USC 1513(a)(1)(B)
18 USC 1513(b)(1)
18 USC 1958

A true bill,

_____
Foreperson

Filed in open court this 29th day
of October, 2009.

_____
Clerk

Bail $_____

GPO 883 525