# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

---

**UNITED STATES OF AMERICA**

-vs-  Case No. 5:09-cr-49-Oc-35GRJ

**MICHAEL EUGENE RUDKIN**  AUSA: Sam Armstrong
Deft. Atty.: Jeff Dowdy

| JUDGE | Gary R. Jones | DATE AND TIME | November 17, 2009 2:15 p.m. - 2:45 pm |
|---|---|---|---|
| DEPUTY CLERK | Maurya McSheehy | TAPE/REPORTER | Dennis Miracle |
| INTERPRETER | None Required | PRETRIAL/PROBATION | Bryan Coomer |

## CLERK'S MINUTES - INITIAL APPEARANCE

**INITIAL APPEARANCE**

Defendant appearing via an administrative writ on an Indictment.

Defendant advised of rights, charges, penalties and special assessment.

Defendant states he does not request court-appointed counsel. Brandon Kolb of the Muska Law, Naples, Florida, has been retained by defendant's family.

Based on the financial affidavit completed by defendant and/or a financial inquiry, the Court appoints  **Criminal Justice Act attorney J. Jeffrey Dowdy**  with reimbursement upon filing by U.S. Attorney for purposes of this hearing **ORDER TO ENTER.**

Defendant's retained counsel will be contacted to reschedule the arraignment after Thanksgiving holiday.

Government orally moves for detention. Defendant is currently serving a federal sentence and is not eligible for bond at this time.

Court GRANTS government's oral motion for detention and remands defendant back to the custody of the U.S. Marshal. **ORDER OF DETENTION TO ENTER.**

**FILED IN OPEN COURT:**
Financial Affidavit