UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

Case No.: 5:09-cr-49-Oc-35GRJ

vs.

MICHAEL E. RUDKIN
_____/

## ORDER OF DETENTION PENDING TRIAL

This matter came before the court on November 17, 2009 on the Government's motion for detention pending trial, pursuant to the Bail Reform Act of 1984, 18 U.S.C. §§ 3141-3150. The Defendant is charged in a six count indictment with utilizing interstate commerce facilities in the attempted commission of murder for hire of a federal agent and attempts to retaliate against a witness, victim or an informant in violation of 18 U.S.C. §§ 1114, 1513(a)(1)(B), 1513(b)(1), and 1958.

The Defendant is not eligible for release at this time because the Defendant is currently serving a term of imprisonment pursuant to judgment and conviction imposed in the District of Connecticut. The Defendant's projected release date on the current term of imprisonment is not until March 16, 2021. As such the Defendant is not eligible for release at this time.

Accordingly, it is:

**ORDERED AND ADJUDGED** that:

Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the

extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the Defendant to the United States marshal for the purpose of an appearance in connection with a court proceeding.

**DONE AND ORDERED** in Ocala, Florida this 18th day of November 2009.

_____
GARY R. JONES
United States Magistrate Judge


Copies to:
       United States (Armstrong)
       Counsel for Defendant
       Defendant
       United States Marshal
       United States Pretrial Services